## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7030 | **DATE** | 12/19/07 |
| **CASE TITLE** | Ruddick, et al. v. Regal Health & Rehab Center, Inc. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 2/14/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:07-cv-07030   Document 8   Filed 12/19/2007   Page 1 of 1