UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 HEALTH AND WELFARE FUND and HAL RUDDICK, TIMOTHY THOMAS, FLOYD SCHLOSSBERG and MARSHAL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 PENSION FUND,

Plaintiffs,

v.

REGAL HEALTH & REHAB CENTER, INC.,

Defendant.

Docket Number:

Assigned Judge:

Designated Magistrate Judge:

# 07 C 7030

JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ

TO: REGAL HEALTH & REHAB CENTER, INC.
c/o Michael Lerner, President & Registered Agent
3553 W. Peterson Avenue, Suite 101
Chicago, IL 60659

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Hurley_

(By) DEPUTY CLERK

Date

December 14, 2007

Date



| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service-*

{_} Served personally upon the defendant. Place where served: _____

{_} Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

{_} Returned unexecuted: _____

{_} Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                                Signature of Server

                                                _____
                                                Address of Server

| Form **BCA-5.25**<br>(Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 5675-6418 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>JAN 2 2 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>Date:<br>Filing Fee: $10 |
| Remit payment in check or money order payable to Secretary of State. | | Approved: RM |

1. Title and Number of Case:

   Hal Ruddick, et al. _____ first named plaintiff
   v
   Regal Health & Rehab Center, Inc. _____ first named defendant

   Number **07 C 7030**

2. Name of corporation being served: **Regal Health & Rehab Center, Inc.**
3. Title of court in which an action, suit or proceeding has been commenced: **US District Court, ND Ill.**
4. Title of instrument being served: **Summons & Complaint**
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ , _____ ; the conditions
        Month & Day          Year
        of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ , _____ .
        Month & Day          Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: **3553 W. Peterson Avenue, Suite 101, Chicago, IL 60659**

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____    January 16, 2008
   Signature of Affiant                Month & Day    Year

   ( 312 ) 372-1361
   Telephone Number

**Return to (please type or print clearly):**

LaKisha M. Kinsey-Sallis
Name
8 S. Michigan Avenue, 19th Floor
Street
Chicago, IL 60603
City/Town    State    ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10