**CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the foregoing Plaintiffs' Motion for Entry of Default and the attached proposed Order via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on February 19, 2008, before 5:00 p.m., with proper postage at the address indicated.

    Regal Health & Rehab Center, Inc.
    c/o Michael Lerner, President & Registered Agent
    3553 W. Peterson Avenue, Suite 101
    Chicago, IL 60659

                                                      /s/ LaKisha M. Kinsey-Sallis
                                                      LaKisha M. Kinsey-Sallis
                                                      One of Plaintiffs' Attorneys