IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAL RUDDICK, TIMOTHY THOMAS FELICIA BRYANT, BARRY CARR, MOSHE DAVIS, and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4, HEALTH & WELFARE FUND, | ) ) ) ) ) ) | Case No. 07 C 7030 |
| and | ) ) | |
| HAL RUDDICK, TIMOTHY THOMAS, FLOYD SCHLOSSBERG and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4, PENSION FUND, | ) ) ) ) ) ) ) | Judge John W. Darrah  Magistrate Judge Valdez |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| REGAL HEALTH & REHAB CENTER, INC., | ) ) | |
| Defendant. | ) | |

## ORDER OF DEFAULT

This matter coming before the Court on Plaintiffs' Motion for Entry of Default, the Court being fully apprised on the premises, IT IS HEREBY ORDERED:

(1) An Order of Default is entered against the Defendant REGAL HEALTH & REHAB CENTER, INC., for its failure to answer or otherwise plead to the Complaint served upon it.

(2) Defendant REGAL HEALTH & REHAB CENTER, INC., is ordered to submit completed and accurate work reports to the Plaintiffs for all unreported months during

1

      the period of October 2007 through the present within 10 days of the date of the Order.

(3)    Defendant REGAL HEALTH & REHAB CENTER, INC., shall pay to Plaintiffs all amounts determined to be owed based on the completed work reports for October 2007 to the present, including unpaid contributions, interest, liquidated damages and reasonable attorneys' fees and costs incurred prior to and in the prosecution of this action plus the amounts that are due and owing for the period of January 2003 through October 2006 pursuant to the audit.

IT IS FURTHER ORDERED THAT:

(4)    This matter is set for prove-up hearing for Plaintiffs' Motion for Entry of Default, with respect to certain amounts herein referenced on _____, _____ at _____A.M./P.M.

(5)    Plaintiffs are directed to serve written notice of this Order on the Defendant.

                ENTERED BY:

                _____
                Honorable Judge John W. Darrah

                Date:_____