## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HAL RUDDICK, TIMOTHY THOMAS<br>FELICIA BRYANT, BARRY CARR,<br>MOSHE DAVIS, and MARSHALL MAUER<br>as Trustees of THE SERVICE<br>EMPLOYEES INTERNATIONAL UNION<br>LOCAL 4, HEALTH & WELFARE FUND,<br><br>and<br><br>HAL RUDDICK, TIMOTHY THOMAS,<br>FLOYD SCHLOSSBERG and MARSHALL<br>MAUER as Trustees of THE SERVICE<br>EMPLOYEES INTERNATIONAL UNION<br>LOCAL 4, PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>REGAL HEALTH & REHAB CENTER, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07 C 7030<br><br><br>Judge John W. Darrah<br><br>Magistrate Judge Valdez |

### NOTICE OF MOTION

TO:    Regal Health & Rehab Center, Inc.
       c/o Michael Lerner, President & Registered Agent
       3553 W. Peterson Avenue, Suite 101
       Chicago, IL 60659

PLEASE TAKE NOTICE that on Thursday, February 28, 2008 at 9:00 a.m., or as soon as thereafter I may be heard, I will before the Honorable John W. Darrah, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1203 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiffs' Motion for Entry of Default, a copy of which is attached and served upon you.

Respectfully Submitted,

/s/ LaKisha M. Kinsey-Sallis
LaKisha M. Kinsey-Sallis
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steve W. Jados
**DOWD, BLOCH & BENNETT**
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361